# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140581

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 140581
                                         COA: 285886
                                         Van Buren CC: 07-015836-FH

FREDERICK DEONTA WILSON a/k/a
DEONTA FREDERICK WILSON,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010                           _____
                                                   Clerk

p0621